UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYISHA JACKSON,

Plaintiff(s),

v.

AMAZON.COM INC,

Defendant(s).

CASE NO. C25-0964-KKE

ORDER GRANTING STIPULATED
MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court on the parties' Stipulation and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to Local Civil Rule 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that Monique Wirrick and Erik Kundu of Perkins Coie LLP are hereby withdrawn as counsel of record for Defendant Amazon.com, Inc. and Shawna M. Lydon and Lauren Sabbatani of Schlemlein Fick & Franklin, PLC are hereby substituted as counsel of record for Defendant Amazon.com, Inc., and all further pleadings herein, exclusive of process, shall be served upon said attorneys at the office addresses below stated.

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

Dated this 10th day of February, 2026.

Kymberly K. Evanson
United States District Judge